IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-00467-PAB-KMT | Date: | June 2, 2014 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*  *Counsel:*

BWP MEDIA USA, INC. d/b/a PACIFIC COAST NEWS, and  Craig Sanders (by telephone)
NATIONAL PHOTO GROUP, LLC,

   Plaintiffs,

v.

CLARITY DIGITAL GROUP, LLC,  Steven Zansberg

   Defendant.

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

**10:00 a.m.      Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding Defendant's pending motion for protective order [30], pending motion for summary judgment [19], bifurcating discovery, immunity determination, limiting the scope of discovery with respect to the pending summary judgment motion, and staying discovery.

Court states a scheduling conference is premature at this time.

**ORDERED:   The Scheduling Conference is continued.  On or before August 1, 2014, the parties are directed to submit a Status Report addressing the current need for a Scheduling Conference.  The parties shall file a modified proposed scheduling order seven days before the continued Scheduling Conference, as discussed.**

Court states its practice regarding discovery disputes.

**ORDERED:**   **Defendant's Motion for Protective Order Limiting the Scope of Discovery to Issues of Immunity Pending Summary Judgment Ruling [30] is HELD IN ABEYANCE, pending the determination of Plaintiff's potential Rule 56(d) motion, if filed.**

**10:45 a.m.**   **Court in recess.**

Hearing concluded.
Total in-court time:   00:45

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.