**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00467-PAB-KMT

BWP MEDIA USA INC., d/b/a Pacific Coast News, and
NATIONAL PHOTO GROUP, LLC,

    Plaintiffs,

v.

CLARITY DIGITAL GROUP, LLC,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 66] of United States District Judge Philip A. Brimmer entered on March 31, 2015, it is

**ORDERED** that defendant's Motion for Summary Judgment [Docket No. 19] is **GRANTED**.  It is further

**ORDERED** that judgment is hereby entered in favor of defendant CLARITY DIGITAL GROUP, LLC and against plaintiffs BWP MEDIA USA INC., d/b/a Pacific Coast News, and NATIONAL PHOTO GROUP, LLC.  It is further

**ORDERED** that defendant is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 31st day of March, 2015.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

        By: s/ Kathy Preuitt-Parks
                Kathy Preuitt-Parks
                Deputy Clerk