# EXHIBIT N

Case No. 14-cv-00467-PAB-KMT

DECLARATION OF STEVEN D. ZANSBERG

LSKS Invoices



Bruce F. Black, Esq.
Vice President and General Counsel
AXS Digital Media Group, LLC
555 17th Street, #700
Denver, CO 80202-3941

April 1, 2014                                                                              Invoice  7842        SDZ

In Reference To:  00665-010 - BWP Media USA Inc.

Client:  AXS Digital Media Group, LLC

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 03/18/14 | SDZ | Review complaint and correspondence with D. Shinbein and plaintiff's counsel (.7); draft stipulation for extension (.3). | 1.00 485.00/hr | 485.00 |
| 03/18/14 | TBK | Telephone conference with B. Black and exchange email with B. Black and D. Shinbein regarding handling of defense (.8); review pleadings and correspondence (.9) [NO CHARGE]. | 1.70 .00/hr | No Charge |
| 03/19/14 | MDK | Identify, review and prepare stipulation for extension to answer for filing in U.S District Court for Colorado (.2); draft notice of entry of appearance of S. Zansberg (.2); identify, review and prepare S. Zansberg notice for filing in U.S. District Court for Colorado (.5). | 0.40 205.00/hr | 82.00 |
| 03/19/14 | SDZ | Exchange email with plaintiff's counsel regarding stipulation for extension. | 0.30 485.00/hr | 145.50 |
| 03/21/14 | SDZ | Exchange email with D. Shinbein and B. Black regarding and draft affidavit of B. Black. | 0.50 485.00/hr | 242.50 |

| | | **For professional services rendered** | **3.90** | **$955.00** |
|---|---|---|---|---|

| | | **Total Amount of this Bill** | | **$955.00** |
|---|---|---|---|---|

Previous Balance                                                  $0.00

**Total Amount Due**                                          **$955.00**

# Levine Sullivan Koch & Schulz, LLP

| | |
|---|---|
| Bruce F. Black, Esq. | April 1, 2014 |
| I.D. 00665-010 - SDZ | Invoice 7842 |
| Re: BWP Media USA Inc. | Page 3 |

## Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Thomas B. Kelley | 1.70 | 0.00 | 0.00 |
| Steven D. Zansberg | 1.80 | 485.00 | 873.00 |
| Marla D. Kelley | 0.40 | 205.00 | 82.00 |
| **Totals** | **3.90** | | **$955.00** |

## Billing and Payment Recap

| | Fees | Disbursements | Total |
|---|---|---|---|
| **Inception-to-Date:** | | | |
| Total Billed | 955.00 | 0.00 | 955.00 |
| Total Paid | 0.00 | 0.00 | 0.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Bruce F. Black, Esq.
Vice President and General Counsel
AXS Digital Media Group, LLC
555 17th Street, #700
Denver, CO 80202-3941

May 1, 2014                                                    Invoice 8042      SDZ
In Reference To: 00665-010 - BWP Media USA Inc.
Client: AXS Digital Media Group, LLC

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 04/01/14 | SDZ | Review complaint and exhibits and revise B. Black affidavit and corporate ownership chart (1.4); email same to B. Black (.1). | 1.50 485.00/hr | 727.50 |
| 04/04/14 | SDZ | Draft correspondence to G. Sanders regarding Anschutz Corp. dismissal and DMCA immunity (.4); exchange email with B. Black regarding same (.2). | 0.60 485.00/hr | 291.00 |
| 04/07/14 | MDK | Identify, review and prepare motion for extension and proposed order for filing in U.S. District Court for Colorado. | 0.20 205.00/hr | 41.00 |
| 04/07/14 | SDZ | Exchange email with plaintiff's counsel and B. Black regarding dismissal of Anschutz Corp. and extension to respond to complaint (.4); draft motion for extension and proposed order (.7); review correspondence file and begin outlining motion to dismiss or for summary judgment (.5); meeting with S. Jones regarding research for motion for summary judgment (.4). | 2.00 485.00/hr | 970.00 |
| 04/07/14 | SDW | Initial research regarding safe harbor provision under DMCA (1.0); review complaint at issue (.5). | 1.50 355.00/hr | 532.50 |
| 04/08/14 | SDZ | Telephone conference with S. Jones regarding motions and answer (.5); telephone conferences with D. Shinbein and D. Killebrew regarding                        (.3); review new court orders | 2.70 485.00/hr | 1,309.50 |

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| | | (.2); exchange email with B. Black regarding        (.2); research Sanders' and BWP's litigation history and DMCA defenses (1.5). | | |
| 04/08/14 | SDW | Draft motion for summary judgment and research regarding safe harbor provisions of Digital Millennium Copyright Act. | 7.30 355.00/hr | 2,591.50 |
| 04/09/14 | SDW | Draft answer (3.0); conduct additional research regarding DMCA safe harbor and other issues for summary judgment motion (1.0). | 4.00 355.00/hr | 1,420.00 |
| 04/09/14 | SDZ | Telephone conference with S. Jones regarding answer and motion (.2); telephone conference with D. Killebrew regarding (.3); research regarding DMCA  immunity as basis for Rule 12 motion (2.0). | 2.50 485.00/hr | 1,212.50 |
| 04/10/14 | SDZ | Revise draft answer (1.0); research case law on DMCA and National Photo Group's cases (1.2). | 2.20 485.00/hr | 1,067.00 |
| 04/10/14 | SDW | Additional summary judgment research (2.5); revise Answer (.8). | 3.30 355.00/hr | 1,171.50 |
| 04/11/14 | SDZ | Revise draft answer (.5); exchange email and telephone conference with B. Black regarding              (.3); telephone conference with E. Kwan at Hiscox regarding defense plan (.1); outline motion for summary judgment and supporting declarations (.8); meeting with C. Beall regarding motions practice (.3). | 2.00 485.00/hr | 970.00 |
| 04/14/14 | SDW | Revise summary judgment brief and additional research regarding same. | 4.00 355.00/hr | 1,420.00 |
| 04/14/14 | SDZ | Revise draft motion for summary judgment. | 1.20 485.00/hr | 582.00 |
| 04/15/14 | SDW | Revise summary judgment brief and additional research regarding same. | 4.00 355.00/hr | 1,420.00 |

# Levine Sullivan Koch & Schulz, LLP

Bruce F. Black, Esq.           May 1, 2014
I.D. 00665-010 - SDZ        Invoice  8042
Re: BWP Media USA Inc.          Page 3

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 04/15/14 | SDZ | Draft declaration of S. Austin and D. Shinbein (1.0); revise draft motion for summary judgment (2.0); telephone conference and exchange email with E. Kwan at Hiscox regarding defense plan (.4). | 3.40 485.00/hr | 1,649.00 |
| 04/16/14 | SDZ | Telephone conference with S. Jones regarding further research for motion for summary judgment (.3); telephone conference with D. Shinbein regarding                                s (.5); exchange email with S. Austin, S. McKibben, J. Keenan, R. Davis regarding                                     (.7); exchange email and telephone conference with E. Kwan at Hiscox regarding corporate structure (.2); revise draft motion for summary judgment (1.0). | 2.70 485.00/hr | 1,309.50 |
| 04/16/14 | SDW | Continue to revise summary judgment brief. | 3.50 355.00/hr | 1,242.50 |
| 04/17/14 | MDK | Prepare answer for filing. | 0.30 205.00/hr | 61.50 |
| 04/17/14 | SDZ | Review and finalize answer (.3); revise motion for summary judgment (4.7); prepare for meeting with S. Austin and S. McKibben regarding                                     (.5). | 5.50 485.00/hr | 2,667.50 |
| 04/18/14 | SDZ | Revise draft summary judgment brief (3.0); meet with S. Austin and S. McKibben regarding                    (1.5); review client documents and exchange email with S. McKibben and S. Austin (1.0). | 5.50 485.00/hr | 2,667.50 |
| 04/20/14 | SDZ | Research for summary judgment motion. | 0.50 485.00/hr | 242.50 |
| 04/21/14 | SDZ | Review documents provided by S. McKibben regarding                                     (.5). | 0.50 485.00/hr | 242.50 |
| 04/21/14 | SDW | Additional research concerning DMCA safe harbor for summary judgment motion. | 2.20 355.00/hr | 781.00 |
| 04/22/14 | SDZ | Draft declarations of S. Austin and D. Shinbein. | 0.50 485.00/hr | 242.50 |

# Levine Sullivan Koch & Schulz, LLP

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 04/22/14 | SDW | Draft outline of Rule 26(a) disclosures and motion for protective order. | 1.70 355.00/hr | 603.50 |
| 04/23/14 | SDZ | Draft declaration of S. Austin and D. Shinbein (2.5); revise draft motion for summary judgment (1.0). | 3.50 485.00/hr | 1,697.50 |
| 04/24/14 | SDZ | Revise draft declaration of S. Austin and motion for summary judgment (2.0); email to clients regarding same (.2); research for motion for summary judgment (.5). | 2.70 485.00/hr | 1,309.50 |
| 04/25/14 | SDZ | Review recent case law regarding DMCA safe harbor immunity. | 0.30 485.00/hr | 145.50 |
| 04/27/14 | SDZ | Exchange email with D. Shinbein and S. Austin regarding | 0.30 485.00/hr | 145.50 |
| 04/28/14 | SDZ | Revise two declarations and motion for summary judgment. | 2.00 485.00/hr | 970.00 |
| 04/29/14 | SDZ | Exchange email with D. Shinbein and S. Austin regarding (.3); revise draft declarations and motion for summary judgment (1.1). | 1.40 485.00/hr | 679.00 |
| 04/29/14 | SDW | Continue to draft proposed outline regarding Rule 26(a) disclosures and additional research and draft brief regarding motion for protective order. | 3.00 355.00/hr | 1,065.00 |
| 04/30/14 | CPB | Review and revise draft of motion for summary judgment based on DMCA safe-harbor provisions. | 0.80 485.00/hr | 388.00 |
| 04/30/14 | SDZ | Revise draft motion for summary judgment and declaration in support (3.0); exchange email with clients and E. Kwan regarding motion papers (.2). | 3.20 485.00/hr | 1,552.00 |

| | | |
|---|---|---|
| **For professional services rendered** | **82.50** | **$35,387.50** |
| **Total Amount of this Bill** | | **$35,387.50** |
| Previous Balance | | $955.00 |
| **Total Amount Due** | | **$36,342.50** |

## Timekeeper Summary

|                       | Hours | Rate/Hour |    Amount |
|-----------------------|-------|-----------|-----------|
| Steven D. Zansberg    | 46.70 |    485.00 | 22,649.50 |
| Christopher P. Beall  |  0.80 |    485.00 |    388.00 |
| Shaina D Ward         | 34.50 |    355.00 | 12,247.50 |
| Marla D. Kelley       |  0.50 |    205.00 |    102.50 |
| **Totals**            | **82.50** |       | **$35,387.50** |

## Billing and Payment Recap

|                       | Fees      | Disbursements |     Total |
|-----------------------|-----------|---------------|-----------|
| **Inception-to-Date:** |          |               |           |
| Total Billed          | 36,342.50 |          0.00 | 36,342.50 |
| Total Paid            |      0.00 |          0.00 |      0.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Bruce F. Black, Esq.
Vice President and General Counsel
AXS Digital Media Group, LLC
555 17th Street, #700
Denver,  CO  80202-3941

June 1, 2014                                                                                       Invoice  8226        SDZ
In Reference To:  00665-010 - BWP Media USA Inc.
Client:  AXS Digital Media Group, LLC

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 05/01/14 | CPB | Review drafts of supporting declarations for summary judgment motion. | 0.30<br>485.00/hr | 145.50 |
| 05/01/14 | SDZ | Revise draft motion and declaration of D. Shinbein per client directions (1.0); exchange email with S. McKibben regarding (.3); exchange email with D. Shinbein regarding revisions to motion  (.4). | 1.70<br>485.00/hr | 824.50 |
| 05/01/14 | MDK | Research case histories and review citations and quotations in DMCA brief for accuracy. | 2.50<br>205.00/hr | 512.50 |
| 05/02/14 | SDZ | Exchange email with D. Shinbein, S. McKibben and S. Austin regarding | 0.40<br>485.00/hr | 194.00 |
| 05/05/14 | SDZ | Exchange email with D. Shinbein and S. Austin regarding (.2); assemble exhibits (.3); telephone conference with E. Kwan at Hiscox regarding budget (.3). | 0.80<br>485.00/hr | 388.00 |
| 05/06/14 | MDK | Continue to research case histories and review citations and quotations in motion for summary judgment for accuracy. | 2.20<br>205.00/hr | 451.00 |

# Levine Sullivan Koch & Schulz, LLP

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 05/07/14 | SDZ | Review cite check and revise draft motion for summary judgment (1.0); revise draft declarations (.3); draft email to clients regarding same (.2). | 1.50 485.00/hr | 727.50 |
| 05/08/14 | SDZ | Revise motion and two declarations (1.7); exchange email with S. Austin regarding same (.2). | 1.90 485.00/hr | 921.50 |
| 05/09/14 | SDZ | Exchange email with D. Shinbein and S. Austin regarding (.3); revise draft declaration of D. Shinbein and motion (.5). | 0.80 485.00/hr | |
| 05/14/14 | MDK | Prepare exhibits to motion for summary judgment (1.0); review motion for accuracy prior to filing (.5). | 1.50 205.00/hr | 307.50 |
| 05/14/14 | SDZ | Exchange email with C. Peebles regarding joint report (.2); final review of motion for summary judgment, declarations, and exhibits (.5). | 0.70 485.00/hr | 339.50 |
| 05/15/14 | MDK | Prepare declarations, exhibits and motion for summary judgment for filing. | 0.50 205.00/hr | 102.50 |
| 05/15/14 | SDZ | Exchange email with C. Peebles regarding joint report conference under Federal Rule 26(f). | 0.20 485.00/hr | 97.00 |
| 05/15/14 | SDW | Continue research regarding motion for protective order and continue to revise same. | 3.00 355.00/hr | 1,065.00 |
| 05/19/14 | SDZ | Prepare for Rule 26(f) conference (.5); exchange email with C. Peebles regarding Rule 26(f) conference (.2). | 0.70 485.00/hr | 339.50 |
| 05/19/14 | SDW | Revise motion for protective order and initial disclosures. | 5.50 355.00/hr | 1,952.50 |
| 05/21/14 | SDZ | Provide status report to clients on Rule 26(f) conference (.5); | 2.20 485.00/hr | 1,067.00 |

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| | | exchange email with C. Peebles regarding telephonic appearance (.2); draft scheduling order (.5); research regarding "by reason of user" portion of DMCA and ISP source selection (1.0). | | |
| 05/21/14 | SDW | Research regarding motion for protective order limiting discovery to DMCA immunity issues. | 2.70 355.00/hr | 958.50 |
| 05/22/14 | SDZ | Prepare for Rule 26(f) conference (.5); meet with C. Peebles to conduct Rule 26(f) conference (.5); research regarding partial stay of discovery (.5) | 1.50 485.00/hr | 727.50 |
| 05/22/14 | SDZ | Draft proposed scheduling order (1.5); exchange email with C. Peebles and clients regarding same (.5). | 2.00 485.00/hr | 970.00 |
| 05/22/14 | SDW | Revise draft of Rule 26 disclosures. | 1.50 355.00/hr | 532.50 |
| 05/26/14 | SDZ | Review D. Shinbein's comments regarding (.2); revise draft proposed scheduling order to respond to plaintiff's changes (.7). | 0.90 485.00/hr | 436.50 |
| 05/27/14 | MDK | Prepare exhibits for file. | 0.70 205.00/hr | 143.50 |
| 05/27/14 | SDZ | Exchange email with D. Shinbein and S. Austin regarding s            g (1.0); exchange email with S. Austin regarding            (.5); revise draft scheduling order (1.0); outline motion for protective order/sequenced discovery (1.0); exchange email and telephone conference with C. Peebles regarding revisions to scheduling order and motion for protective order (.7). | 4.20 485.00/hr | 2,037.00 |
| 05/27/14 | CPB | Review plaintiff's draft of Rule 26(f) report (.2); exchange email with clients regarding            (.3). | 0.50 485.00/hr | 242.50 |
| 05/27/14 | SDW | Review issue regarding content posted on Examiner.com | 5.50 355.00/hr | 1,952.50 |

## Levine Sullivan Koch & Schulz, LLP

Bruce F. Black, Esq.
June 1, 2014
I.D. 00665-010 - SDZ
Invoice 8226
Re: BWP Media USA Inc.
Page 4

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| | | website(.2); research regarding immunity issues for motion for protective order (3.3);, revise draft motion for protective order (2.0). | | |
| 05/28/14 | MDK | Draft entry of appearance for C. Beall (.2); prepare entry of appearance for filing (.2). | 0.40 205.00/hr | 82.00 |
| 05/28/14 | SDZ | Revise draft motion for protective order (2.0); follow up regarding research for summary judgment reply (.3). | 2.30 485.00/hr | 1,115.50 |
| 05/28/14 | SDW | Draft declaration in support of motion for protective order and proposed order. | 2.20 355.00/hr | 781.00 |
| 05/29/14 | SDZ | Revise draft motion for protective order and declaration of S. Zansberg (.8); exchange email with clients regarding same (.2). | 1.00 485.00/hr | 485.00 |
| 05/30/14 | MDK | Research case histories and review citations and quotations in motion for protective order for accuracy (2.2); research case histories and review citations and quotations in proposed order for accuracy (.6). | 2.80 205.00/hr | 574.00 |
| 05/30/14 | SDZ | Revise draft motion for protective order and proposed order (.6); exchange email with clients regarding same (.2); prepare for scheduling conference (.4). | 1.20 485.00/hr | 582.00 |
| 05/30/14 | SDW | Additional research regarding DMCA immunity. | 2.00 355.00/hr | 710.00 |

|  | | **For professional services rendered** | **57.80** | **$22,153.00** |
|--|--|--|--|--|
| | | **Total Amount of this Bill** | | **$22,153.00** |
| | | Previous Balance | | $36,342.50 |
| | | Payments: | | |

**Levine Sullivan Koch & Schulz, LLP**

| | |
|---|---|
| Bruce F. Black, Esq. | June 1, 2014 |
| I.D. 00665-010 - SDZ | Invoice  8226 |
| Re: BWP Media USA Inc. | Page 5 |

Payments:

| | | |
|---|---|---|
| 05/22/14 | Payment - Thank You - Check No. 00172513 | ($955.00) |
| | Payor:  The Anschutz Corporation | |
| 06/10/14 | Payment - Thank You - Check No. 00172702 | ($35,387.50) |
| | Payor:  The Anschutz Corporation | |
| Total Payments | | ($36,342.50) |

**Total Amount Due**                                               **$22,153.00**

# Levine Sullivan Koch & Schulz, LLP

## Timekeeper Summary

|                      | Hours | Rate/Hour | Amount     |
|----------------------|------:|----------:|-----------:|
| Steven D. Zansberg   | 24.00 |    485.00 |  11,640.00 |
| Christopher P. Beall |  0.80 |    485.00 |     388.00 |
| Shaina D Ward        | 22.40 |    355.00 |   7,952.00 |
| Marla D. Kelley      | 10.60 |    205.00 |   2,173.00 |
| **Totals**           | **57.80** |       | **$22,153.00** |

## Billing and Payment Recap

|                       | Fees      | Disbursements | Total      |
|-----------------------|----------:|--------------:|-----------:|
| **Inception-to-Date:** |          |               |            |
| Total Billed          | 58,495.50 |          0.00 |  58,495.50 |
| Total Paid            |    955.00 |          0.00 |     955.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Bruce F. Black, Esq.
Vice President and General Counsel
AXS Digital Media Group, LLC
555 17th Street, #700
Denver,  CO  80202-3941

July 1, 2014                                                     Invoice  8487      SDZ

In Reference To:  00665-010 - BWP Media USA Inc.

Client:  AXS Digital Media Group, LLC

---

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 06/02/14 | SDZ | Prepare for and attend scheduling conference (2.0); provide recap of conference to clients (1.0); research for motion for summary judgment reply (.8). | 3.80<br>485.00/hr | 1,843.00 |
| 06/03/14 | SDZ | Exchange email with clients regarding          (.2); telephone conference with C. Peebles regarding discovery (.2); research regarding "at direction of user" factors (.5). | 0.90<br>485.00/hr | 436.50 |
| 06/06/14 | SDZ | Draft litigation assessment and budget for Hiscox. | 0.50<br>485.00/hr | 242.50 |
| 06/08/14 | SDZ | Review draft Rule 26(a)(1) disclosures (1.0); exchange email with clients regarding same (.3) | 1.30<br>485.00/hr | 630.50 |
| 06/09/14 | SDZ | Exchange email with S. McKibben and D. Shinbein regarding  . | 0.30<br>485.00/hr | 145.50 |
| 06/10/14 | SDZ | Review plaintiffs' proposed discovery topics and advise client on proposed objections. | 0.60<br>485.00/hr | 291.00 |
| 06/11/14 | SDZ | Telephone conference with E. Kwan at Hiscox regarding case status update (.2); exchange email with clients regarding       (.4). | 0.60<br>485.00/hr | 291.00 |
| 06/12/14 | YMD | Follow-up regarding the case status report. | 0.20<br>205.00/hr | 41.00 |
| 06/12/14 | YMD | Legal research regarding case status in Pacer. | 1.00<br>205.00/hr | 205.00 |

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 06/12/14 | SDZ | Draft litigation assessment and budget for Hiscox (3.0); research new case law regarding DMCA and BWP v. Allvoices (1.3). | 4.30 485.00/hr | 2,085.50 |
| 06/13/14 | BCE | Research regarding current status of all federal actions involving BWP Media. | 2.00 205.00/hr | 410.00 |
| 06/13/14 | SB | Research regarding current status of all federal actions involving BWP Media. | 2.40 205.00/hr | 492.00 |
| 06/13/14 | SDW | Review and analyze status of plaintiff's ongoing cases. | 3.20 355.00/hr | 1,136.00 |
| 06/13/14 | SDZ | Exchange email with S. McKibben, B. Black regarding                    (1.7); exchange email with E. Kwan regarding t (.3). | 2.00 485.00/hr | 970.00 |
| 06/19/14 | SDZ | Telephone conference with C. Peebles regarding possible stipulations in lieu of discovery (.4); exchange email with clients regarding        (.1). | 0.50 485.00/hr | 242.50 |
| 06/20/14 | CPB | Review plaintiff's Rule 56(d) motion to stay summary judgment briefing and exchange email with clients regarding same. | 0.30 485.00/hr | 145.50 |
| 06/23/14 | SDZ | Review BWP's motion for stay pending discovery under Rule 56(d) and outline response. | 0.50 485.00/hr | 242.50 |
| 06/24/14 | CPB | Exchange email with clients regarding . | 0.20 485.00/hr | 97.00 |
| 06/24/14 | SDZ | Follow-up regarding proposed discovery schedule for motion for summary judgment briefing (.2); exchange email with clients regarding                (.4). | 0.60 485.00/hr | 291.00 |
| 06/26/14 | SDZ | Draft response to plaintiff's motion to stay motion for summary judgment pending completion of discovery. | 1.00 485.00/hr | 485.00 |
| 06/30/14 | SDZ | Draft response to plaintiff's motion to stay motion for summary judgment pending completion of discovery. | 3.50 485.00/hr | 1,697.50 |

Bruce F. Black, Esq.
July 1, 2014
I.D. 00665-010 - SDZ
Invoice 8487
Re: BWP Media USA Inc.
Page 3

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 06/30/14 | SDW | Revise draft of opposition brief to include legal standard section. | 2.00 355.00/hr | 710.00 |
| | | **For professional services rendered** | **31.70** | **$13,130.50** |

**Total Amount of this Bill** | **$13,130.50**

Previous Balance | $22,153.00

Payments:

07/15/14    Payment - Thank You - Check No. 00173023 | ($22,153.00)
Payor:  The Anschutz Corporation

Total Payments | ($22,153.00)

**Total Amount Due** | **$13,130.50**

## Levine Sullivan Koch & Schulz, LLP

| Bruce F. Black, Esq. | July 1, 2014 |
|---|---:|
| I.D. 00665-010 - SDZ | Invoice 8487 |
| Re: BWP Media USA Inc. | Page 4 |

### Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---:|---:|---:|
| Steven D. Zansberg | 20.40 | 485.00 | 9,894.00 |
| Christopher P. Beall | 0.50 | 485.00 | 242.50 |
| Shaina D Ward | 5.20 | 355.00 | 1,846.00 |
| Scott Bailey | 2.40 | 205.00 | 492.00 |
| Brian C. Earl | 2.00 | 205.00 | 410.00 |
| Yalanda M. Darby | 1.20 | 205.00 | 246.00 |
| **Totals** | **31.70** |  | **$13,130.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Bruce F. Black, Esq.
Vice President and General Counsel
AXS Digital Media Group, LLC
555 17th Street, #700
Denver, CO 80202-3941

August 1, 2014                                                                    Invoice  8749      SDZ

In Reference To:  00665-010 - BWP Media USA Inc.

Client:  AXS Digital Media Group, LLC

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 07/01/14 | SDZ | Revise draft response to plaintiffs' motion to stay summary judgment briefing pending discovery. | 0.50 485.00/hr | 242.50 |
| 07/01/14 | SDW | Draft and revise response to plaintiff's motion for stay. | 1.20 355.00/hr | 426.00 |
| 07/02/14 | CAL | Research case histories and review citations and quotations in response to plaintiff's motion for stay of summary judgment motion pending discovery. | 2.00 205.00/hr | 410.00 |
| 07/02/14 | SDZ | Exchange email with clients regarding                                   (.3); review cite check for response brief (.3). | 0.60 485.00/hr | 291.00 |
| 07/02/14 | MDK | Review citations and quotations to cases and record in response to motion for stay for accuracy. | 0.60 205.00/hr | 123.00 |
| 07/02/14 | SDW | Draft portion of response to plaintiff's motion for stay. | 1.00 355.00/hr | 355.00 |
| 07/07/14 | SDZ | Exchange email with B. Black and J. Keenan regarding . | 0.20 485.00/hr | 97.00 |
| 07/07/14 | MDK | Prepare response to motion for stay and exhibits for filing. | 0.40 205.00/hr | 82.00 |
| 07/10/14 | SDZ | Review newly issued D. Ill. ruling regarding contributory and vicarious liability (Levey Film v. Fox Sports Interactive) for use in motion for summary judgment briefing. | 0.50 485.00/hr | 242.50 |
| 07/16/14 | SDZ | Review plaintiff's reply brief (.4); exchange email with clients | 1.50 485.00/hr | 727.50 |

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| | | (.3); conduct research for motion for summary judgment reply (.8). | | |
| 07/17/14 | CPB | Review arguments for sur-reply to plaintiffs' reply concerning Rule 56(d) discovery and revise draft of sur-reply. | 1.00 485.00/hr | 485.00 |
| 07/17/14 | SDZ | Draft sur-reply in opposition to motion to stay, motion for summary judgment and supporting declarations of Examiners (3.5); exchange email with clients regarding          (.5). | 4.00 485.00/hr | 1,940.00 |
| 07/18/14 | SDZ | Exchange email with D. Shinbein, M. Sandy regarding              (1.3);                                          (.5); review DMCA case law and revise sur-reply (2.5); telephone conference with D. Shinbein regarding          (.2); further email with M. Sandy regarding          (.5). | 5.00 485.00/hr | 2,425.00 |
| 07/19/14 | SDZ | Exchange email with J. Jimenez regarding          . | 0.30 485.00/hr | 145.50 |
| 07/20/14 | SDZ | Exchange email with D. Shinbein and J. Jimenez regarding          . | 0.30 485.00/hr | 145.50 |
| 07/21/14 | SDZ | Revise declaration for Examiner R. Avalos (.2); review cite check and exchange email with D. Shinbein and M. Sandy regarding same (.3);                    (.4). | 0.90 485.00/hr | 436.50 |
| 07/21/14 | CAL | Research case histories and review citations and quotations in sur-reply for accuracy. | 2.20 205.00/hr | 451.00 |
| 07/22/14 | SDZ | Exchange email with D. Shinbein, M. Sandy and S. McKibben regarding                    (.5); exchange email with B. Black regarding          (.2); provide case status update to E. Kwan at Hiscox (.4). | 1.10 485.00/hr | 533.50 |
| 07/22/14 | MDK | Review sur-reply for accuracy and prepare for filing in U.S. District Court for Colorado. | 0.90 205.00/hr | 184.50 |
| 07/23/14 | CPB | Review draft analysis of potential damages available on plaintiff's | 0.40 485.00/hr | 194.00 |

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| | | claims. | | |
| 07/23/14 | SDZ | Prepare                          for clients (1.5); exchange email with J. Keenan, et al. regarding              (1.0). | 2.50 485.00/hr | 1,212.50 |
| 07/24/14 | SDZ | Review plaintiff's letter motion to strike sur-reply (.3); exchange email with clients regarding         (.3); exchange email with S. McKibben regarding                              (.2). | 0.80 485.00/hr | 388.00 |
| 07/25/14 | SDZ | Review proposed joint status report on case scheduling conference and draft proposed edits to same. | 1.00 485.00/hr | 485.00 |
| | | **For professional services rendered** | **28.90** | **$12,022.50** |
| | | **Total Amount of this Bill** | | **$12,022.50** |

| | | |
|---|---|---|
| Previous Balance | | $13,130.50 |
| Payments: | | |
| 08/07/14    Payment - Thank You - Check No. 00173307 Payor:  The Anschutz Corporation | | ($13,130.50) |
| Total Payments | | ($13,130.50) |
| **Total Amount Due** | | **$12,022.50** |

**Levine Sullivan Koch & Schulz, LLP**

| | |
|---|---|
| Bruce F. Black, Esq. | August 1, 2014 |
| I.D. 00665-010 - SDZ | Invoice  8749 |
| Re: BWP Media USA Inc. | Page  4 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Steven D. Zansberg | 19.20 | 485.00 | 9,312.00 |
| Christopher P. Beall | 1.40 | 485.00 | 679.00 |
| Shaina D Ward | 2.20 | 355.00 | 781.00 |
| Marla D. Kelley | 1.90 | 205.00 | 389.50 |
| Cynthia A. Lindsay | 4.20 | 205.00 | 861.00 |
| **Totals** | **28.90** | | **$12,022.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Bruce F. Black, Esq.
Vice President and General Counsel
AXS Digital Media Group, LLC
555 17th Street, #700
Denver, CO 80202-3941

September 1, 2014          Invoice 8897    SDZ

In Reference To: 00665-010 - BWP Media USA Inc.

Client: AXS Digital Media Group, LLC

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 08/07/14 | SDZ | Review Judge Tafoya's order regarding motion for protective order and discovery (.3); exchange email with client group regarding (.7). | 1.00 485.00/hr | 485.00 |
| 08/11/14 | SDZ | Exchange email with S. McKibben regarding . | 0.20 485.00/hr | 97.00 |
| 08/13/14 | SDZ | Review first round of written discovery served by plaintiffs (.3); exchange email with clients regarding (.2). | 0.50 485.00/hr | 242.50 |
| 08/14/14 | SDZ | Exchange email with D. Shinbein, S. Austin and S. McKibben regarding s. | 0.20 485.00/hr | 97.00 |
| 08/18/14 | SDZ | Prepare for (.5) and meeting with D. Shinbein, S. Austin and S. McKibben regarding (3.0). | 3.50 485.00/hr | 1,697.50 |
| 08/20/14 | SDZ | Follow up regarding drafting discovery responses. | 0.20 485.00/hr | 97.00 |
| 08/21/14 | SDZ | Draft discovery responses. | 0.80 485.00/hr | 388.00 |
| 08/22/14 | SDZ | Draft responses to plaintiffs' first round of written discovery (2.0); research regarding overbreadth objection for discovery responses (.5). | 2.50 485.00/hr | 1,212.50 |
| 08/26/14 | SDZ | Prepare discovery responses (.5); review provided by S. McKibben (1.2). | 1.70 485.00/hr | 824.50 |

# Levine Sullivan Koch & Schulz, LLP

Bruce F. Black, Esq.
I.D. 00665-010 - SDZ
Re: BWP Media USA Inc.

September 1, 2014
Invoice 8897
Page 2

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 08/26/14 | SDW | Revise draft responses to plaintiffs' requests for production of documents and first set of interrogatories, regarding standard, global objections. | 1.50 355.00/hr | 532.50 |
| 08/27/14 | SDZ | Meeting with S. Austin and S. McKibben regarding (1.5); revise draft interrogatory responses (.7); follow up regarding document production, privilege log and protective order (1.0); review plaintiff's initial disclosures and screen shots from complaint (.5); research Examiner.com content on editorial review, channel managers and OnTopic program (.7). | 4.40 485.00/hr | 2,134.00 |
| 08/28/14 | SDZ | Revise draft discovery responses and review documents produced by plaintiffs. | 0.50 485.00/hr | 242.50 |

| | | **For professional services rendered** | **17.00** | **$8,050.00** |
|--|--|--|--|--|

| | **Total Amount of this Bill** | | **$8,050.00** |
|--|--|--|--|

| Previous Balance | | $12,022.50 |
|--|--|--|
| Payments: | | |
| 09/02/14   Payment - Thank You - Check No. 173650 | | ($12,022.50) |
| Payor:  The Anschutz Corporation | | |
| Total Payments | | ($12,022.50) |
| **Total Amount Due** | | **$8,050.00** |

**Levine Sullivan Koch & Schulz, LLP**

| | |
|---|---|
| Bruce F. Black, Esq. | September 1, 2014 |
| I.D. 00665-010 - SDZ | Invoice 8897 |
| Re: BWP Media USA Inc. | Page 3 |

**Timekeeper Summary**

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Steven D. Zansberg | 15.50 | 485.00 | 7,517.50 |
| Shaina D Ward | 1.50 | 355.00 | 532.50 |
| **Totals** | **17.00** | | **$8,050.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Bruce F. Black, Esq.
Vice President and General Counsel
AXS Digital Media Group, LLC
555 17th Street, #700
Denver, CO 80202-3941

October 1, 2014                                                   Invoice 9036     SDZ

In Reference To: 00665-010 - BWP Media USA Inc.

Client: AXS Digital Media Group, LLC

---

**Professional Services**

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 09/02/14 | SDW | Revise discovery responses and draft stipulated protective order. | 1.20<br>355.00/hr | 426.00 |
| 09/03/14 | SDW | Revise stipulated protective order and discovery responses. | 0.90<br>355.00/hr | 319.50 |
| 09/04/14 | SDZ | Meeting with D. Shinbein, S. Austin and S. McKibben regarding | 0.50<br>485.00/hr | 242.50 |
| 09/11/14 | SDW | Review discovery documents for privilege issues in preparation for production. | 4.40<br>355.00/hr | 1,562.00 |
| 09/11/14 | SDZ | Follow up regarding privilege log and document review. | 0.30<br>485.00/hr | 145.50 |
| 09/12/14 | SDW | Additional review of discovery documents. | 2.00<br>355.00/hr | 710.00 |
| 09/12/14 | MDK | Prepare documents for production to plaintiff. | 0.70<br>205.00/hr | 143.50 |
| 09/12/14 | SDZ | Revise draft responses to interrogatories (1.1); exchange email with C. Sanders and C. Peebles regarding proposed protective order (.3); exchange email with S. McKibben and S. Austin regarding (.5); revise draft responses to request for production (.4); exchange email with B. Black, J. Keenan et al. regarding (.2); document review for privilege log and confidentiality designations (1.0). | 3.50<br>485.00/hr | 1,697.50 |
| 09/14/14 | MDK | Continue to prepare documents for production to plaintiff, including redactions for privilege assertion. | 5.00<br>205.00/hr | 1,025.00 |

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 09/14/14 | SDZ | Document review for production on Sept. 15  (1.2); exchange email with D. Shinbein regarding                              (.3). | 1.50 485.00/hr | 727.50 |
| 09/15/14 | SDZ | Review documents to be produced for assertion of privilege and confidentiality designations (3.0); exchange email, telephone conference and meeting with S. McKibben, S. Austin and D. Shinbein regarding                    (2.0); revise draft discovery responses (1.5); exchange email with plaintiffs' counsel regarding stipulated protective order and discovery (.5); draft joint motion and proposed protective order (1.0). | 8.00 485.00/hr | 3,880.00 |
| 09/15/14 | MDK | Prepare stipulated protective order for filing in U.S. District Court for Colorado (.3); prepare documents for production to plaintiff with discovery responses (1.6). | 1.90 205.00/hr | 389.50 |
| 09/16/14 | SDZ | Continue document review for privilege assertion and confidentiality designation (3.0); telephone conference with S. McKibben and D. Shinbein regarding         (.5); revise draft privilege log (.3); exchange email with C. Peebles regarding protective order (.2). | 4.00 485.00/hr | 1,940.00 |
| 09/16/14 | MDK | Continue preparation of documents for production to plaintiff. | 6.00 205.00/hr | 1,230.00 |
| 09/16/14 | MJG | Begin reviewing filings and pertinent documents in case [NO CHARGE]. | 0.60 .00/hr | No Charge |
| 09/17/14 | SDZ | Exchange email with S. McKibben regarding (.5); revise privilege log (.2); exchange email with S. Austin, D. Shinbein and S. McKibben regarding               (.3). | 1.00 485.00/hr | 485.00 |
| 09/17/14 | MJG | Review pleading, trial court order, and summary judgment brief filed in connection with action [NO CHARGE]. | 1.40 .00/hr | No Charge |
| 09/18/14 | MJG | Finish reviewing pleadings and exhibits thereto, review written discovery responses, strategize regarding arguments to develop and discovery plan, and research issue of attorney-client privilege in Colorado [NO CHARGE]. | 3.90 .00/hr | No Charge |
| 09/18/14 | SDZ | Follow up regarding various legal issues under DMCA and plaintiff's burden of proof to defeat immunity (1.1); exchange email with S. | 2.00 485.00/hr | 970.00 |

**Levine Sullivan Koch & Schulz, LLP**

Bruce F. Black, Esq.        October 1, 2014
I.D. 00665-010 - SDZ        Invoice  9036
Re: BWP Media USA Inc.        Page 3

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| | | McKibben and D. Shinbein regarding   (.4); research application of attorney-client privilege to s (.5). | | |
| 09/19/14 | MJG | Research attorney-client privilege issues and strategize regarding legal arguments for claims of privilege. | 1.70 355.00/hr | 603.50 |
| 09/19/14 | MDK | Continue preparation of documents for production to plaintiff. | 2.20 205.00/hr | 451.00 |
| 09/20/14 | MJG | Research privilege and related legal issues. | 1.40 355.00/hr | 497.00 |
| 09/21/14 | SDZ | Organize research files. | 0.40 485.00/hr | 194.00 |
| 09/21/14 | SDZ | Review privilege log and revise same per research (2.0); telephone conference with S. McKibben and D. Shinbein regarding (.5); finalize document production and email to plaintiff's counsel (.5). | 3.00 485.00/hr | 1,455.00 |
| 09/27/14 | MJG | Begin reviewing documents produced to plaintiff. | 1.30 .00/hr | No Charge |

|  | **For professional services rendered** | **58.80** | **$19,094.00** |
|--|-------------------------------------|----------|-------------|

**Total Amount of this Bill**        **$19,094.00**

Previous Balance        $8,050.00

**Total Amount Due**        **$27,144.00**

# Levine Sullivan Koch & Schulz, LLP

| Bruce F. Black, Esq. | October 1, 2014 |
|---|---|
| I.D. 00665-010 - SDZ | Invoice  9036 |
| Re: BWP Media USA Inc. | Page  4 |

## Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Steven D. Zansberg | 24.20 | 485.00 | 11,737.00 |
| Shaina D Ward | 8.50 | 355.00 | 3,017.50 |
| Marla D. Kelley | 15.80 | 205.00 | 3,239.00 |
| Mara J. Gassmann | 7.20 | 0.00 | 0.00 |
| Mara J. Gassmann | 3.10 | 355.00 | 1,100.50 |
| **Totals** | **58.80** | | **$19,094.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Bruce F. Black, Esq.
Vice President and General Counsel
AXS Digital Media Group, LLC
555 17th Street, #400
Denver, CO 80202-3941

November 1, 2014                                              Invoice 9272    SDZ

In Reference To: 00665-010 - BWP Media USA Inc.

Client: AXS Digital Media Group, LLC

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 10/23/14 | SDZ | Exchange email with K. Mikelson at Sanders Law regarding motion for summary judgment and discovery schedule. | 0.50<br>485.00/hr | 242.50 |
| | | **For professional services rendered** | **0.50** | **$242.50** |

| | |
|---|---|
| **Total Amount of this Bill** | **$242.50** |

---

| | |
|---|---|
| Previous Balance | $27,144.00 |
| Payments: | |
| 10/28/14    Payment - Thank You - Check No. 00174162<br>Payor: The Anschutz Corporation | ($8,050.00) |
| Total Payments | ($8,050.00) |
| **Total Amount Due** | **$19,336.50** |

# Levine Sullivan Koch & Schulz, LLP

## Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Steven D. Zansberg | 0.50 | 485.00 | 242.50 |
| **Totals** | **0.50** |  | **$242.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Bruce F. Black, Esq.
Vice President and General Counsel
AXS Digital Media Group, LLC
555 17th Street, #400
Denver, CO 80202-3941

January 1, 2015                                                    Invoice 9734     SDZ

In Reference To: 00665-010 - BWP Media USA Inc.

Client: AXS Digital Media Group, LLC

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 12/10/14 | SDZ | Exchange email with B. Black and other client representatives regarding . | 0.80 485.00/hr | 388.00 |
| 12/17/14 | MJG | Strategize regarding current discovery and affidavits and arguments for reply in support of motion for summary judgment on immunity grounds. | 0.20 355.00/hr | 71.00 |
| 12/19/14 | SDZ | Telephone conference (via voicemail) with J. Cader regarding discovery and motion for summary judgment. | 0.20 485.00/hr | 97.00 |
| 12/24/14 | SDZ | Exchange email with B. Black and other clients regarding . | 0.20 485.00/hr | 97.00 |

| | | | | |
|------|------|-------------|------------|--------|
| **For professional services rendered** | | | **1.40** | **$653.00** |

| | |
|---|---|
| **Total Amount of this Bill** | **$653.00** |
| Previous Balance | $242.50 |
| **Total Amount Due** | **$895.50** |

# Levine Sullivan Koch & Schulz, LLP

Bruce F. Black, Esq.
I.D. 00665-010 - SDZ
Re: BWP Media USA Inc.

January 1, 2015
Invoice 9734
Page 2

## Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Steven D. Zansberg | 1.20 | 485.00 | 582.00 |
| Mara J. Gassmann | 0.20 | 355.00 | 71.00 |
| **Totals** | **1.40** |  | **$653.00** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605


Bruce F. Black, Esq.
Vice President and General Counsel
AXS Digital Media Group, LLC
555 17th Street, #400
Denver,  CO  80202-3941

February 1, 2015        Invoice  9998    SDZ

In Reference To:  00665-010 - BWP Media USA Inc.

Client:  AXS Digital Media Group, LLC

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 01/05/15 | MJG | Review schedule and communications with opposing counsel (.3); strategize regarding briefs (.3). | 0.60 355.00/hr | 213.00 |
| 01/06/15 | SDZ | Telephone conference with J. Calder regarding document production (.2); send new zip file to J. Calder with documents (.3); exchange email with clients regarding case status update (.5). | 1.00 485.00/hr | 485.00 |
| 01/06/15 | MDK | Prepare documents for production to plaintiff. | 0.50 205.00/hr | 102.50 |
| 01/09/15 | MJG | Strategize regarding reply brief and research for same. | 0.70 355.00/hr | 248.50 |
| 01/09/15 | SDZ | Prepare memo on four legal issues to be researched in advance of plaintiffs' response/opposition brief (for use in reply) (1.0); exchange email with K. Mickelson at Hiscox regarding (.2). | 1.20 485.00/hr | 582.00 |
| 01/09/15 | SDW | Strategize regarding research in preparation for summary judgment reply (1.0); begin initial research regarding  same (1.8). | 2.80 355.00/hr | 994.00 |
| 01/14/15 | MJG | Research case law analyzing agency and Copyright Act for reply brief. | 2.10 355.00/hr | 745.50 |
| 01/20/15 | MJG | Continue research in preparation for reply brief. | 1.10 355.00/hr | 390.50 |
| 01/27/15 | SDW | Research issues for summary judgment reply. | 1.00 355.00/hr | 355.00 |
| 01/28/15 | MJG | Continue researching agency issues for reply brief. | 0.40 355.00/hr | 142.00 |

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 01/29/15 | SDW | Additional research regarding DMCA issues for reply brief. | 2.00 355.00/hr | 710.00 |
| 01/30/15 | SDZ | Exchange email with clients regarding g. | 0.30 485.00/hr | 145.50 |
| 01/30/15 | SDZ | Review recent DMCA case law, and interplay between DMCA and Communications Decency Act, for use in reply brief. | 2.00 485.00/hr | 970.00 |
| 01/30/15 | SDW | Research issues regarding DMCA immunity for summary judgment reply. | 2.20 355.00/hr | 781.00 |
| | | **For professional services rendered** | **17.90** | **$6,864.50** |

|  |  |
|---|---|
| **Total Amount of this Bill** | **$6,864.50** |
| Previous Balance | $895.50 |
| **Total Amount Due** | **$7,760.00** |

## Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Steven D. Zansberg | 4.50 | 485.00 | 2,182.50 |
| Shaina D Ward | 8.00 | 355.00 | 2,840.00 |
| Marla D. Kelley | 0.50 | 205.00 | 102.50 |
| Mara J. Gassmann | 4.90 | 355.00 | 1,739.50 |
| **Totals** | **17.90** | | **$6,864.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605


Bruce F. Black, Esq.
Vice President and General Counsel
AXS Digital Media Group, LLC
555 17th Street, #400
Denver,  CO  80202-3941

March 1, 2015                                                                          Invoice  10238      SDZ

In Reference To:  00665-010 - BWP Media USA Inc.

Client:  AXS Digital Media Group, LLC

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 02/01/15 | MJG | Continue researching DMCA legislative history and case law pertaining to applicability of safe harbors based on who user is. | 1.30 370.00/hr | 481.00 |
| 02/02/15 | MJG | Continue researching agency issues for reply in support of summary judgment motion. | 0.80 370.00/hr | 296.00 |
| 02/04/15 | MJG | Continue research in preparation for reply in support of summary judgment. | 0.40 370.00/hr | 148.00 |
| 02/05/15 | MJG | Continue researching case law pertaining to applicability of safe harbors. | 2.40 370.00/hr | 888.00 |
| 02/09/15 | SDW | Research issues for reply to summary judgment motion. | 3.30 395.00/hr | 1,303.50 |
| 02/10/15 | MXB | Review brief in support of summary judgment, cases cited therein, and research case law for further support on reply briefing. | 1.10 395.00/hr | 434.50 |
| 02/11/15 | MXB | Review brief in opposition to summary judgment, declaration in support thereof, and outline issues for research on reply briefing. | 1.10 395.00/hr | 434.50 |
| 02/12/15 | MXB | Research case law governing knowledge and red-flag awareness under safe harbor of Digital Millennium Copyright Act for reply brief. | 1.20 395.00/hr | 474.00 |
| 02/12/15 | MJG | Begin reviewing and analyzing case law cited by plaintiff in connection with argument pertaining to definition of term "user" in DMCA and impact of relationship with users on safe harbors. | 1.90 370.00/hr | 703.00 |

Bruce F. Black, Esq.  March 1, 2015
I.D. 00665-010 - SDZ  Invoice 10238
Re: BWP Media USA Inc.  Page 2

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------:|-------:|
| 02/13/15 | CPB | Outline arguments for reply brief in support of motion for summary judgment. | 0.80<br>500.00/hr | 400.00 |
| 02/13/15 | MJG | Continue analyzing plaintiff's arguments and case law in opposition brief (1.0); strategize regarding content of reply brief (.7). | 1.70<br>370.00/hr | 629.00 |
| 02/13/15 | SDW | Continue legal research into safe harbor exceptions in preparation for reply. | 2.50<br>395.00/hr | 987.50 |
| 02/17/15 | MXB | Continue reviewing resubmitted brief in opposition to summary judgment, declaration of P. Harris in support thereof, and strategize approach to reply briefing. | 0.80<br>395.00/hr | 316.00 |
| 02/17/15 | SDZ | Exchange email with clients regarding  (.2); exchange email with J. Cader regarding motion for extension (.3); review third opposition and declaration of P. Harris (.8); exchange email with clients regarding  (.2); revise outline for reply brief (1.0); draft reply regarding undisputed and disputed facts (4.0). | 6.50<br>500.00/hr | 3,250.00 |
| 02/17/15 | MJG | Review plaintiff's corrected brief and supporting exhibits and continue analyzing and responding to arguments. | 2.10<br>370.00/hr | 777.00 |
| 02/18/15 | MXB | Outline further arguments for reply briefing (.7); research case law governing actual knowledge or willful blindness under Digital Millennium Copyright Act safe harbor provision (2.0); research case law governing motions to strike conclusory and unsupported affidavit contentions on summary judgment (.8). | 3.50<br>395.00/hr | 1,382.50 |
| 02/18/15 | MJG | Continue researching and drafting section of reply brief regarding whether Examiners are "users" under DMCA. | 1.80<br>370.00/hr | 666.00 |
| 02/18/15 | SDZ | Review plaintiff's opposition to summary judgment and exhibits to declaration of P. Harris, as well as authorities cited by plaintiff (4.0); reply in support of motion for summary judgment (4.2). | 8.20<br>500.00/hr | 4,100.00 |
| 02/18/15 | MDK | Prepare set of all pleadings for Big Files Transfer transmission to K. Michelson. | 0.40<br>210.00/hr | 84.00 |
| 02/19/15 | MXB | Review and revise outline of arguments and reply statement of facts | 4.20<br>395.00/hr | 1,659.00 |

**Levine Sullivan Koch & Schulz, LLP**

Bruce F. Black, Esq.
I.D. 00665-010 - SDZ
Re: BWP Media USA Inc.

March 1, 2015
Invoice 10238
Page 3

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| | | (1.1); continue researching case law on vicarious copyright infringement and knowledge factor of Digital Millennium Copyright Act safe harbor, and draft reply argument as knowledge factor (3.1). | | |
| 02/19/15 | SDZ | Research for and draft reply brief (5.0); exchange email with clients regarding draft outline of reply and statement of undisputed facts (1.0). | 6.00 500.00/hr | 3,000.00 |
| 02/19/15 | MJG | Strategize regarding brief and statement of disputed facts on reply (.6); continue drafting reply brief arguments (.4). | 1.00 370.00/hr | 370.00 |
| 02/20/15 | MXB | Revise draft declaration of L. Austin in further support of summary judgment motion. | 0.20 395.00/hr | 79.00 |
| 02/20/15 | SDZ | Draft supplemental declaration of Lucy S. Austin (2.5); continue drafting reply brief section on other websites affected (2.0). | 4.50 500.00/hr | 2,250.00 |
| 02/23/15 | SDZ | Exchange email with S. Austin, D. Shinbein and J. McKibben regarding other websites that compensate contributors (for reply). | 0.50 500.00/hr | 250.00 |
| 02/23/15 | MJG | Continue drafting arguments supporting interpretation of "user" under DMCA and status of Examiners as independent contractors. | 5.10 370.00/hr | 1,887.00 |
| 02/23/15 | MXB | Search other websites' implementations of adsense and other pay-per-click type remuneration for third-party content for use as examples on summary judgment reply briefing. | 0.80 395.00/hr | 316.00 |
| 02/24/15 | MJG | Continue drafting and revising section on reply and researching additional case support. | 8.10 370.00/hr | 2,997.00 |
| 02/24/15 | SDZ | Exchange email with S. McKibben regarding reply brief (.2); review S. McKibben notes on draft reply brief (.3). | 0.50 500.00/hr | 250.00 |
| 02/24/15 | MXB | Continue searching other websites' implementations of adsense and other pay-per-click type remuneration for third-party content for use as examples on summary judgment reply briefing. | 0.60 395.00/hr | 237.00 |
| 02/25/15 | SDZ | Research agency law of Restatement for use in reply (2.0); revise draft reply brief section on "at the direction of a user" (4.2). | 6.20 500.00/hr | 3,100.00 |

Bruce F. Black, Esq. March 1, 2015
I.D. 00665-010 - SDZ Invoice 10238
Re: BWP Media USA Inc. Page 4

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 02/25/15 | MJG | Revise draft section of reply and strategize regarding brief. | 1.50 370.00/hr | 555.00 |
| 02/26/15 | MJG | Review and revise draft reply brief (3.3); research cases resolving agency questions as a matter of law and non-liability of employer for employee's unauthorized conduct (1.1); strategize regarding websites with compensation models and registration requirements (.3). | 4.70 370.00/hr | 1,739.00 |
| 02/26/15 | SDZ | Revise draft reply brief (2.5); exchange email with S. Austin regarding exhibit to reply (.2). | 2.70 500.00/hr | 1,350.00 |
| 02/27/15 | SDZ | Revise draft reply brief and declaration of S. Austin (4.0); exchange email with S. Austin regarding other websites for use in reply (.2). | 4.20 500.00/hr | 2,100.00 |
| | | **For professional services rendered** | **92.60** | **$39,893.50** |

| | |
|---|---|
| **Total Amount of this Bill** | **$39,893.50** |

| | |
|---|---|
| Previous Balance | $7,107.00 |
| **Total Amount Due** | **$47,000.50** |

# Levine Sullivan Koch & Schulz, LLP

| | |
|---|---|
| Bruce F. Black, Esq. | March 1, 2015 |
| I.D. 00665-010 - SDZ | Invoice  10238 |
| Re: BWP Media USA Inc. | Page  5 |

## Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Steven D. Zansberg | 39.30 | 500.00 | 19,650.00 |
| Christopher P. Beall | 0.80 | 500.00 | 400.00 |
| Shaina D Ward | 5.80 | 395.00 | 2,291.00 |
| Marla D. Kelley | 0.40 | 210.00 | 84.00 |
| Michael Beylkin | 13.50 | 395.00 | 5,332.50 |
| Mara J. Gassmann | 32.80 | 370.00 | 12,136.00 |
| **Totals** | **92.60** | | **$39,893.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Bruce F. Black, Esq.
Vice President and General Counsel
AXS Digital Media Group, LLC
555 17th Street, #400
Denver, CO 80202-3941

April 1, 2015                                         Invoice 10486      SDZ

In Reference To: 00665-010 - BWP Media USA Inc.

Client: AXS Digital Media Group, LLC

---

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 03/02/15 | MJG | Review draft reply and correspondence with clients regarding         . | 0.30 370.00/hr | 111.00 |
| 03/03/15 | MJG | Continue reviewing and revising draft reply brief and supplemental declaration of L. Austin. | 0.90 370.00/hr | 333.00 |
| 03/04/15 | CPB | Review and revise draft of reply brief in support of motion for summary judgment. | 1.20 500.00/hr | 600.00 |
| 03/04/15 | MXB | Revise reply brief to comply with Judge's page limitations. | 0.30 395.00/hr | 118.50 |
| 03/05/15 | MJG | Revise draft reply brief. | 0.40 370.00/hr | 148.00 |
| 03/06/15 | MDK | Research case histories and review citations and quotations to cases and record in reply brief for accuracy and bluebook compliance. | 2.60 210.00/hr | 546.00 |
| 03/08/15 | SDZ | Revise draft reply brief (.8); exchange email with S. Austin and S. McKibben regarding                      (.2). | 1.00 500.00/hr | 500.00 |
| 03/09/15 | MXB | Review, finalize, and file reply brief in support of summary judgment and supplemental declaration in support thereof. | 0.60 395.00/hr | 237.00 |
| 03/09/15 | SDZ | Exchange email with S. Austin regarding (.3); exchange email with clients and K. Mickelson regarding (.2). | 0.50 500.00/hr | 250.00 |
| 03/31/15 | SDZ | Review Judge Brimmer's order granting motion for summary judgment (1.2); consider strategy for potential attorneys' fees motion | 1.40 500.00/hr | 700.00 |

# Levine Sullivan Koch & Schulz, LLP

Bruce F. Black, Esq.
April 1, 2015
I.D. 00665-010 - SDZ
Invoice  10486
Re: BWP Media USA Inc.
Page 2

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
|      |      | (.2).       |           |        |
|      |      | **For professional services rendered** | **9.20** | **$3,543.50** |
|      |      | **Total Amount of this Bill** |          | **$3,543.50** |

|  |  |  |
|--|--|--|
| Previous Balance |  | $47,000.50 |
| Payments: |  |  |
| 03/16/15   Payment - Thank You - Check No. 175574 |  | ($6,864.50) |
| Payor:  The Anschutz Corporation |  |  |
| Total Payments |  | ($6,864.50) |
| **Total Amount Due** |  | **$43,679.50** |

# Levine Sullivan Koch & Schulz, LLP

| Bruce F. Black, Esq. | April 1, 2015 |
|---|---|
| I.D. 00665-010 - SDZ | Invoice 10486 |
| Re: BWP Media USA Inc. | Page 3 |

## Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Steven D. Zansberg | 2.90 | 500.00 | 1,450.00 |
| Christopher P. Beall | 1.20 | 500.00 | 600.00 |
| Marla D. Kelley | 2.60 | 210.00 | 546.00 |
| Michael Beylkin | 0.90 | 395.00 | 355.50 |
| Mara J. Gassmann | 1.60 | 370.00 | 592.00 |
| **Totals** | **9.20** |  | **$3,543.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605