UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00467-PAB-KLM

BWP MEDIA USA INC. d/b/a/ Pacific Coast News and
NATIONAL PHOTO GROUP, LLC

    Plaintiffs,

    v.

CLARITY DIGITAL GROUP, LLC

    Defendant.

---

### NOTICE OF APPEAL

---

**NOTICE IS HEREBY GIVEN THAT** BWP Media USA Inc. d/b/a Pacific Coast News and National Photo Group, LLC, Plaintiffs in the above-captioned case, hereby appeal to the United States Circuit Court of Appeals for the Tenth Circuit from the Final Judgment of the Hon. Philip A. Brimmer, which granted Defendant Clarity Digital Group, LLC's Motion for Summary Judgment, entered in this action on the 31st day of March, 2015, which dismissed Plaintiffs' claims in their entirety.

Dated: April 28, 2015

                                            **SANDERS LAW, PLLC**
                                            *Attorneys for Plaintiff*

             By:      */s/ Craig B. Sanders*
                       Craig B. Sanders (CS4163)
                       100 Garden City Plaza
                       Garden City, NY 11530
                       (516) 203-7600