# EXHIBIT P

Case No. 14-cv-00467-PAB-KMT


SUPPLEMENTAL DECLARATION OF STEVEN D. ZANSBERG
IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES


LSKS Invoice No. 10846
(May 1, 2015)



Bruce F. Black, Esq.
Vice President and General Counsel
AXS Digital Media Group, LLC
555 17th Street, #400
Denver, CO 80202-3941

May 1, 2015  Invoice 10846  SDZ

In Reference To: 00665-010 - BWP Media USA Inc.
Client: AXS Digital Media Group, LLC

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 04/02/15 | MJG | Review correspondence regarding seeking attorneys' fees. | 0.20<br>370.00/hr | 74.00 |
| 04/02/15 | CPB | Review potential for pursuing recovery of attorneys' fees and costs. | 0.30<br>500.00/hr | 150.00 |
| 04/08/15 | SDZ | Telephone conference with B. Black regarding (.2); telephone conferences with J. Cader regarding extension/schedule for fees motion and briefs (.3); telephone conference with E. Kwan regarding (.4); draft motion for extension and proposed order (.7); exchange email with J. Cader regarding same (.2). | 1.80<br>500.00/hr | 900.00 |
| 04/09/15 | MXB | Strategize approach to motion for attorneys' fees. | 0.30<br>395.00/hr | 118.50 |
| 04/09/15 | MJG | Review motion to extend time and supporting papers and strategize regarding research for attorneys' fees motion. | 0.40<br>370.00/hr | 148.00 |
| 04/09/15 | SDZ | Exchange email with J. Cader regarding motion for extension (.3); revise draft motion (.2); begin outline and drafting of motion for attorneys' fees (4.5). | 5.00<br>500.00/hr | 2,500.00 |
| 04/09/15 | MDK | Review and finalize proposed order for submission to Judge Brimmer. | 0.50<br>210.00/hr | 105.00 |
| 04/11/15 | SDZ | Draft motion for attorneys' fees. | 0.20<br>500.00/hr | 100.00 |
| 04/13/15 | SDZ | Continue to draft motion for attorneys' fees. | 3.60<br>500.00/hr | 1,800.00 |
| 04/14/15 | SDZ | Conduct research for attorneys' fees motion. | 0.70<br>500.00/hr | 350.00 |

**Levine Sullivan Koch & Schulz, LLP**

| Bruce F. Black, Esq. | | | | May 1, 2015 |
| I.D. 00665-010 - SDZ | | | | Invoice 10846 |
| Re: BWP Media USA Inc. | | | | Page 2 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 04/15/15 | SDZ | Exchange email with D. Shinbein regarding (.2); revise draft motion for attorneys' fees (1.3). | 1.50 500.00/hr | 750.00 |
| 04/16/15 | SDZ | Draft motion for attorneys' fees and declaration of S. Zansberg. | 3.50 500.00/hr | 1,750.00 |
| 04/16/15 | MJG | Research plaintiffs' litigation history for attorneys' fees motion. | 0.80 370.00/hr | 296.00 |
| 04/17/15 | SDZ | Draft motion for attorneys' fees. | 3.00 500.00/hr | 1,500.00 |
| 04/17/15 | MDK | Prepare financial information for attorneys' fees motion. | 2.60 210.00/hr | 546.00 |
| 04/18/15 | SDZ | Draft motion for attorneys' fees and supporting declaration. | 1.80 500.00/hr | 900.00 |
| 04/18/15 | MJG | Research and create list of photo copyright actions filed by BWP Media against ISPs and identify cases in which claims were dismissed by court (3.0); research case law regarding availability of attorneys' fees under Copyright Act for plaintiff's failure to investigate legal and factual claims (2.4). | 5.40 370.00/hr | 1,998.00 |
| 04/19/15 | SDZ | Revise draft motion for attorneys' fees. | 1.50 500.00/hr | 750.00 |
| 04/19/15 | MJG | Research news articles and reports of BWP Media and Sanders law firm acting as copyright trolls (.9); finalize and transmit select list of actions and total number of actions filed by BWP Media for copyright infringement (.4). | 1.30 370.00/hr | 481.00 |
| 04/20/15 | SDZ | Revise draft motion for attorneys' fees (2.0); telephone conference with D. Shinbein regarding (.2); exchange email with clients regarding (.2); revise draft declaration of S. Zansberg (.6). | 3.00 500.00/hr | 1,500.00 |
| 04/20/15 | MDK | Continue preparing financial information for attorneys' fees motion (3.0); research discovery details including pages of documents produced and withheld (.7). | 3.70 210.00/hr | 777.00 |
| 04/21/15 | SDZ | Continue drafting declaration of S. Zansberg (procedural history and time expenditures) in support of fees motion. | 1.20 500.00/hr | 600.00 |
| 04/22/15 | SDZ | Revise draft declaration of S. Zansberg in support of attorneys' fees motion and assemble exhibits thereto. | 1.50 500.00/hr | 750.00 |

**Levine Sullivan Koch & Schulz, LLP**

| Bruce F. Black, Esq. | May 1, 2015 |
| --- | --- |
| I.D. 00665-010 - SDZ | Invoice 10846 |
| Re: BWP Media USA Inc. | Page 3 |

| Date | Atty | Description | Hours/Rate | Amount |
| --- | --- | --- | --- | --- |
| 04/23/15 | MDK | Research case histories, and review citations and quotations to cases and record in attorneys' fees motion for accuracy and bluebook compliance (5.0); prepare exhibits to Zansberg declaration (1.2). | 6.20<br>210.00/hr | 1,302.00 |
| 04/23/15 | SDZ | Draft declaration of D. Shinbein in support of motion for attorneys' fees (1.2); revise drafts of motion and S. Zansberg declaration (2.5); exchange email with clients regarding (.2). | 3.90<br>500.00/hr | 1,950.00 |
| 04/23/15 | MJG | Review and revise draft brief in support of attorneys' fees motion and supporting declaration. | 0.80<br>370.00/hr | 296.00 |
| 04/24/15 | SDZ | Redact attorney-client privileged information from LSKS and D. Shinbein invoices (1.3); final review of cite-checked motion for fees (.2). | 1.50<br>500.00/hr | 750.00 |
| 04/28/15 | SDZ | | 0.50<br>500.00/hr | 250.00 |
| 04/29/15 | SDZ | | 0.20<br>500.00/hr | 100.00 |
| | | **For professional services rendered** | **56.90** | **$23,491.50** |

| | |
| --- | --- |
| **Total Amount of this Bill** | **$23,491.50** |

| | |
| --- | --- |
| Previous Balance | $43,679.50 |
| Payments: | |
|     04/10/15   Payment - Thank You - Check No. 00175834<br>    Payor:  The Anschutz Corporation | ($39,893.50) |
| Total Payments | ($39,893.50) |
| **Total Amount Due** | **$27,277.50** |

**Timekeeper Summary**

|  | Hours | Rate/Hour | Amount |
|---|---:|---:|---:|
| Steven D. Zansberg | 34.40 | 500.00 | 17,200.00 |
| Christopher P. Beall | 0.30 | 500.00 | 150.00 |
| Marla D. Kelley | 13.00 | 210.00 | 2,730.00 |
| Michael Beylkin | 0.30 | 395.00 | 118.50 |
| Mara J. Gassmann | 8.90 | 370.00 | 3,293.00 |
| **Totals** | **56.90** |  | **$23,491.50** |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605